UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

| | |
|---|---|
| USA, | **RESCHEDULING ORDER** |
| - against - | |
| RAMEL ARGENIS TORIBIO ABREU, | 24 CR 105 (NSR) |
| Defendant(s). | |

-------------------------------------------------------x

NELSON S. ROMÁN, U.S.D.J.:

In light of the Court's scheduling conflict, the in-person Sentencing scheduled for May 30, 2024, it is hereby

**ORDERED rescheduled, without objection by the parties, to June 13, 2024 at 2:00 pm.**

Dated:   White Plains, New York
        May 21, 2024

SO ORDERED.

_____
Hon. Nelson S. Román, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 05/21/2024